U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 8 2021

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

US District Court
Western District of Louisiana
Alexandria

Bruce Committe
    Plaintiff

1:21-cv-0063

vs

CASE NO.

The Melrose Apts
AND

Roderium Colbert

Complaint

---

I, Bruce Committe, sue the Melrose Apts AND Rodeeeium Colbert for $100,000 for violating my rights under the federal eviction moratorium law protecting renters like me. 100 N. Melrose is my residence, apt. 604.

In violation of said Federal law, I have been noticed to leave/evict, get out of my apartment by 5 days from 1/4/21. Today is 1/6/21. This notice to pay or get out violates my Federal rights. The notice threatens to use state legal proceedings which means the defendants are acting under law which also gives me a claim under 42 USC 1983.

I want an immediate order filed and served on both defendants prohibiting them both from further

-1-

threats or attempts to remove me from my residence during the federal law eviction moratorium.

~~I want general damages ordered to be~~ ~~pA~~ Wherefore plaintiff demands the order **immediately** be issued and judgement against both defendants (both located at 100 N. Melrose Ave, Natchitoches, LA 71457, managers offices) joint and several in favor of the plaintiff in the amount of several damages of $250,000 plus court costs.

Under Penalty of Perjury I say I have no monies to pay court fees.

Bruce Committe

My computer not working now/Bec

Bruce Committe
Bruce Committe
100 N. Melrose Ave #604
Natchitoches, LA 71457
Plaintiff
becommitte@hotmail.com
850 206 3756